**Order filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00822-CV

_____

**DOMINIQUE WESLEY, Appellant**

**V.**

**THE WALLINGFORD APARTMENTS, Appellees**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 999231**

---

## O R D E R

The notice of appeal in this case was filed September 15, 2011. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 30, 2011.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM